**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| IN RE: Ronnie H. Jones | ) | CASE NO.:15-60152 |
| | ) | |
| | ) | Adversary Proceeding No.:15-06043 |
| DEBTOR | ) | |

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs/ Movants, | ) | |
| | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| Ford Motor Credit Company, LLC | ) | |
| | ) | |
| RESPONDENT | ) | |

**AGREED ORDER ON DEBTORS MOTION**
**TO AVOID LIEN OF FORD MOTOR CREDIT COMPANY, LLC**

This matter arose upon Debtors' Motion to: Avoid the Lien of Ford Motor Credit Company, LLC

Debtor's Motion sought a determination on the Judicial lien (the "Lien") on its residence, located at 260 Helena Lane, Shipman, VA 22971 held by the Respondent, docketed on or about February 15, 2008 in the Nelson County Circuit Court, Nelson, Virginia, case number GV07001533-00.

Debtor argues that Respondent's Lien is completely unsecured because there is no value in Debtor's residence to which Respondent's Lien can attach; therefore, Respondent's Claim is unsecured pursuant to 11 U.S.C. 506(a) and 1322 (b)(2).

Upon consideration of the Complaint and the exhibits attached to the Complaint, and by agreement of the parties, as evidenced by their endorsements hereto, it is hereby ORDERED that:

**ORDERED** that Debtor's **MOTION TO DETERMINE THE EXTENT AND VALIDITY OF A SECURED CLAIM AND TO AVOID THE LIEN OF SAID CLAIMANT** is **GRANTED** as set forth herein. It is

**ORDERED** that effective upon entry of a Discharge Order under 11 U.S.C. 1328(a) in the Debtor's Chapter 13 Case/Plan, any security interest and/or Lien of Respondent, evidenced

by the Lien encumbering Debtor's real property listed above, is hereby avoided with respect to the interest in Debtor's real property. It is further

**ORDERED** that upon receipt of this Court's Discharge Order, Respondent's Lien shall become null and void and shall be automatically extinguished without further Court Order, pursuant to 11 U.S.C. 506(d). It is further

**ORDERED** that for purposes of distribution under Debtor's Chapter 13 Plan, any claim(s) filed by the Respondent in relation to said physical property will be allowed as and funded as general, unsecured, non-priority Claim(s). It is further.

**ORDERED** that in the event the Debtor's Chapter 13 Case is dismissed or converted to a Chapter 7, Respondent's Lien and security interest shall not be affected by this Order in accordance with 11 U.S.C. 349(1)(C) or 348(f)(1)(B), as applicable.

**Dated: June 22, 2015**

United States Bankruptcy Judge
Rebecca B. Connelly

I ask for this:

/s/Larry L. Miller
Larry L. Miller, Esq.
MILLER LAW GROUP, P.C.
1160 Pepsi Place, Suite 341
Charlottesville, VA 22911-7229

Seen and Agreed:

/s/Ernest C. Vaughan, Jr.
Attorney for Ford Motor Credit, LLC
14 East Main Street
Richmond, VA 23219

Seen:

/s/ Herbert Beskin
Herbert Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902